UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re | : Case No. 08-47472 |
| | : |
| AGRIPROCESSORS, INC., | : Chapter 11 |
| | : |
| Debtor. | : |
| | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Brian C. Walsh, a member in good standing of the bars of the States of Missouri and Georgia, the U.S. Courts of Appeals for the Fourth, Seventh, Eighth, Ninth and Eleventh Circuits, and the U.S. District Courts for the Eastern District of Missouri and the Middle and Northern Districts of Georgia, request admission, ***pro hac vice***, before the Honorable Carla E. Craig, to represent First Bank Business Capital, Inc. f/k/a FB Commercial Finance, Inc. in the above referenced ☑ case ☐ adversary proceeding.

Mailing address: Bryan Cave LLP, 211 North Broadway, Suite 3600, St. Louis, MO 63102; E-mail address: brian.walsh@bryancave.com; Telephone number: (314) 259-2717.

The filing fee of $25.00 for this *pro hac vice* admission has been submitted with this Motion.

Dated: November 7, 2008
St. Louis, Missouri           /s/ Brian C. Walsh
                              Brian C. Walsh, Esq.

## ORDER

**ORDERED,** that Brian C. Walsh, Esq. , is admitted to practice, ***pro hac vice***, in the above referenced ☑ case ☐ adversary proceeding, in the United States Bankruptcy Court, Eastern District of New York.

Dated: _____
        New York, New York

                              _____
                              UNITED STATES BANKRUPTCY JUDGE