UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                  :    Case No. 08-47472 (CEC)
                                                                            :
                                                                            :    (Chapter 11)
AGRIPROCESSORS, INC.,                                      :
                                                                            :
                              Debtor.                              :
----------------------------------------------------------x

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

TO:    Joseph E. Sarachek, Esq.
         75 Rockefeller Plaza
         16th Floor
         New York, NY 10020

You are hereby notified of your appointment as chapter 11 trustee of the estate of the above captioned debtor, subject to Court approval and securing a bond. The amount of your bond has been initially fixed at $10,000.00. Pursuant to 11 U.S.C. § 322, the bond must be filed with the United States Trustee within five (5) days of your appointment. If you are willing to accept this appointment, you must notify the undersigned and the Court in writing within five (5) business days from the date set forth below.

Dated: Brooklyn, NY                                        DIANA G. ADAMS
         November 20, 2008                                UNITED STATES TRUSTEE


                                                    By:    *s/ William E. Curtin*
                                                             William E. Curtin (WC-1974)
                                                             Assistant U.S. Trustee
                                                             271 Cadman Plaza East, Rm. 4529
                                                             Brooklyn, New York 11201
                                                             Tel. No. (718) 422-4960
                                                             Fax. No. (718) 422-4990