**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | BANKRUPTCY NO. 08-2751 |
| AGRIPROCESSORS, INC. | ) | |
| | ) | |
| Debtor | ) | |

**NOTICE OF BAR DATE FOR OBJECTIONS**

A Motion to Settle and Compromise Claim (#1111) was filed on April 16, 2010 and a Motion to Settle and Compromise Claim (#1112) was filed on April 21, 2010.

Copies of the above mentioned documents are available for inspection at the office of the Clerk of the Bankruptcy Court, or online via the court's electronic access. Paper or electronic copies of the documents are also available by contacting the attorney for the Trustee at the address on this Notice.

**PLEASE TAKE NOTE** any objections to the Motions must be filed with the Court and served on the undersigned attorneys **on or before 4:30 p.m. CST, May 14, 2010**. Any timely filed objections will come before the Court for hearing on **May 25, 2010 at 1:30 p.m.** at the Bankruptcy Courtroom, 425 2nd Street, S.E., 8th Floor, Cedar Rapids, IA. If no objections are filed timely, the Court may enter an appropriate order without hearing.

/s/ Dan Childers
| | |
|---|---|
| Dan Childers | LI0007535 |
| Paula L. Roby | LI1442523 |

115 First Ave. S.E.
P.O. Box 1968
Cedar Rapids, IA  52406-1968
PHONE:  (319) 362-2137/FAX:  (319) 362-1640
dchilders@elderkinpirnie.com
plroby@elderkinpirnie.com