UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE:  )<br>  )<br>AGRIPROCESSORS, INC.  )<br>  )<br>  )<br>   Debtor.  )<br>  )<br>JOSEPH E. SARACHEK, in his capacity as  )<br>CHAPTER 7 TRUSTEE,  )<br>  )<br>   Plaintiff,  )<br>vs.  )<br>  )<br>LUBICOM, LLC,  )<br>  )<br>   Defendant.  ) | CHAPTER 7<br>BANKRUPTCY NO. 08-2751<br><br><br><br>ADVERSARY NO. _____ |

## COMPLAINT TO AVOID PREFERENTIAL TRANSFERS

Plaintiff Trustee Joseph E. Sarachek (the "Trustee"), by and through his undersigned counsel, and in support of this Complaint respectfully states:

### JURISDICTION AND VENUE

1. Plaintiff is the duly appointed Chapter 7 trustee in the Agriprocessors, Inc. bankruptcy, as above captioned.

2. The Defendant Lubicom, LLC ("Lubicom"), within the 90-day prepetition period, received preferential payments totaling $60,000.00 from Agriprocessors, Inc.

3. This Court has jurisdiction over this complaint pursuant to 28 U.S.C. §§ 1334 and 157. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(F). Venue is proper in this adversary proceeding pursuant to 28 U.S.C. § 1409.

## FACTUAL ALLEGATIONS

4. On November 4, 2008, (the "Petition Date") the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Eastern District of New York (the "New York Court").

5. By Order November 20, 2008, the New York Court approved the appointment of Joseph E. Sarachek, as the Trustee in this case (Iowa Docket No. 56).

6. After hearings that concluded on December 12, 2008, the New York Court entered an Order granting a Motion to Change Venue from the Eastern District of New York to the Northern District of Iowa (Iowa Docket No. 1).

7. On October 3, 2009, the Court entered its orders converting this case to a case under Chapter 7 of the Bankruptcy Code and appointing Joseph E. Sarachek as Chapter 7 Trustee.

8. During the 90-day prepetition period, the Defendant received four check payments, detailed on Exhibit "A", attached hereto, from the Debtor totaling $60,000.00. These payments constituted transfers of an interest of the debtor in property to or for the benefit of a creditor.

9. The payments to Defendant constituted transfers of an interest of the debtor in property for or on account of an antecedent debt owed by the debtor before such transfers were made.

10. The payments constituted transfers of an interest of the debtor in property made while the debtor was insolvent.

11. The payments constituted transfers of an interest of the debtor in property made within the 90-day period preceding the date of filing the petition.

12. The payments constituted transfers of an interest of the debtor in property that enabled Lubicom, a creditor, to receive more than such creditor would have received if the

transfers had not been made and the creditor had received payment of his debt to the extent provided by the provisions of Title 11.

## CONCLUSIONS

13. The payments as described above constitute recoverable preferences pursuant to 11 U.S.C. § 547(b).

14. Pursuant to the provisions of 11 U.S.C. § 550(a), the Trustee is entitled to recover the value of the preferential transfers. Therefore, the Trustee is entitled to entry of a judgment in his favor and against Defendant in the amount of $60,000.00.

WHEREFORE, the Trustee respectfully requests that the Court enter judgment in favor of the Trustee and against Lubicom in the sum of $60,000.00 and the Trustee requests such other and further relief as the Court deems just and equitable under the circumstances.

Respectfully submitted,

_____
Dan Childers                LI0007535
Paula L. Roby              LI1442523
Desirée A. Withers        AT0010265
ELDERKIN & PIRNIE, P.L.C.
115 First Ave SE; P.O. Box 1968
Cedar Rapids, IA 52406-1968
PHONE: (319) 362-2137
FAX: (319) 362-1640
ATTORNEYS FOR CHAPTER 7 TRUSTEE

3

Exhibit A

Detail of Payments to Lubicom

| Amount | Check Number | Check Date | Date Cleared |
|---|---|---|---|
| $ 10,000.00 | 45886 | 8/12/2008 | 8/25/2008 |
| $ 10,000.00 | 46463 | 9/9/2008 | 9/12/2008 |
| $ 20,000.00 | 45728 | 9/10/2008 | 9/11/2008 |
| $ 20,000.00 | 45729 | 9/22/2008 | 9/23/2008 |
| **$ 60,000.00** | Total amount paid by Agriprocessors, Inc. | | |