# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| In Re: | CHAPTER 7<br>Bankruptcy No. |
| Agriprocessors, Inc. | 08–02751 |
| Debtor(s) |  |

## ORDER REQUIRING FILING OF STATUS REPORT

No activity has occurred in this case for some time. In order that the Court may be advised of the status of the case,

IT IS ORDERED that Trustee shall, within 14 days of the date of this order, file a status report explaining:

1. Reasons for the delay in finalizing the case;
2. Actions which must be taken prior to closing the case;
3. An estimate of when the tasks will be completed so that the case can be closed.

A copy of the report shall be served on counsel for Debtor(s), and the U.S. Trustee.

ORDERED April 5, 2019

Thad J. Collins
Bankruptcy Judge